Jacob I. Wiener, Appellant, *v.* Louis N. Ellrodt, Individually and as Former Sheriff of the County of Westchester, Respondent.

(Argued September 30, 1935; decided October 15, 1935.)

*Jacob I. Wiener* in person, *Jack Low* and *Joseph Melcer* for appellant.

*John A. Krug* and *William A. Davidson* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.